

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00354-CV

**RUBEN TADEO GARCIA AND**
**VICTOR ORTEGA NUNEZ,**

                                                          **Appellants**

 **v.**

**GEICO SECURITY INSURANCE COMPANY,**

                                                          **Appellee**

From the County Court at Law No. 1
Ellis County, Texas
Trial Court No. 23-C-3050

## MEMORANDUM OPINION

This appeal was referred to mediation on December 6, 2023.  Pursuant to the order

referring the appeal to mediation, appellants were ordered to file a notice with the Clerk

of this Court within 14 days from the date of the referral order which either identified an

agreed-upon mediator or stated that the parties were unable to agree upon a mediator.

Because no notice had been received, the Court requested a status report from appellants

within 14 days from the date of the Order. The Court warned that if no status report was timely received, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b),(c).

In response, appellants' motion to dismiss was filed on February 26, 2024. In the motion, appellants assert the parties resolved the underlying dispute, and a Release of Judgment has been filed in the trial court. Thus, they further assert, the appeal is no longer necessary and should be dismissed.

Accordingly, appellants' motion is granted, and this appeal is dismissed. TEX. R. APP. P. 42.1(a)

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed March 7, 2024
[CV06]

